870

No. 405, Misc. WEAVER *v.* SACKS, WARDEN. Supreme Court of Ohio. Certiorari denied.

No. 406, Misc. BRYAN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 409, Misc. KING *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 417, Misc. SMITH *v.* HAND, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 418, Misc. WARD *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 419, Misc. LLOYD *v.* FAY, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 420, Misc. PAYNE *v.* THE NABOB ET AL. C. A. 3d Cir. Certiorari denied. *Philip Dorfman* for petitioner. *Thomas F. Mount* for The Nabob and North German Lloyd, respondents.

No. 428, Misc. WYNN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Benj. J. Jacobson* for respondent.

No. 434, Misc. KIEFABER *v.* PENNSYLVANIA. Superior Court of Pennsylvania. Certiorari denied.